■ ROBERT D. COHEN, Appellant-Respondent, v ACM MEDICAL LABORATORY, INC., et al., Respondents-Appellants. [696 NYS2d 744] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stander, J. (Appeals from Judgment of Supreme Court, Monroe County, Stander, J.—Summary Judgment.) Present—Green, J. P., Lawton, Pigott, Jr., Hurlbutt and Callahan, JJ. [*See,* 178 Misc 2d 130.]